# EXHIBIT "13"

*Walgreens*

# Introduction to Store Management

Introduction to Store Management 1

ADSM 2005



CONFIDENTIAL

WAG-WARNER-004273